T. F. MATTHIES et ux., Appellants, v. Chas. W. MEYER et al., Appellees.

No. 9820.

Court of Civil Appeals of Texas. San Antonio.

April 8, 1936.

Rehearing Denied April 29, 1936.

T. F. Matthies, of San Antonio, for appellants.

Henry B. Dielmann and T. O. Brooks, both of San Antonio, for appellees.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.